THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER JOSEPH GARRETT, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Appeal from an order of Supreme Court, Clinton County, dismissing a writ of habeas corpus. Relator appeals from an order of the Clinton Special Term dismissing a writ of habeas corpus addressed to his detention in Clinton Prison. Relator was sentenced in Queens County Court on a conviction for robbery, third degree, on April 26, 1950. On the same day, the record shows, this sentence was revoked. Five days later, but during the same term of the court, and before the relator had commenced the service of sentence that had been imposed, the court sentenced relator to seven and one-half to fifteen years. Before the actual service of the sentence had begun and during the same term, the court had the right to revoke the sentence and to impose a new sentence. (*People* v. *Friona*, 23 N. Y. S. 2d 631.) The historic basis of this authority is discussed by MERRELL, J., in *Matter of Cedar* (240 App. Div. 182, 186, 187). Order unanimously affirmed. Present — Foster, P. J., Brewster, Bergan, Halpern and Imrie, JJ.

■

In the Matter of the Probate of the Will of BERTHA ORAM, Deceased. MAX ZUCKERMAN, Respondent; LENA SANBORN, Appellant.— Appeal from a decree of the Surrogate's Court of Albany County, which admitted to probate an instrument purporting to be the last will and testament of decedent. Several objections to probate were filed. Contestant finally withdrew all but two. The first question left was whether decedent was under restraint; and the second was whether the will was procured by fraud, deceit and undue influence. A jury was impaneled and at the conclusion of testimony the Surrogate directed the jury to answer both questions in the negative. Appellant contends here that the testimony raised triable issues of fact which should have been submitted to the jury. Decree unanimously affirmed, without costs. Present — Foster, P. J., Brewster, Bergan, Halpern and Imrie, JJ. [See *post*, p. 1059.]